IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>v.<br><br>GILBERTO CORTES a/k/a Gilberto<br>Cortes Salamanca d/b/a Mundo Hispano<br>Services,<br>    Defendant | No. 3-14-0543 |

O R D E R

On June 20, 2014, the plaintiff filed a motion to approve consent permanent injunction (Docket Entry No. 18), in which the parties agree that entry thereof will constitute the final judgment in this case.

As a result, the plaintiff's request for entry of default (Docket Entry No. 9) is DENIED as MOOT.

The Clerk is directed to forward the file in this case to the Honorable John T. Nixon for his consideration of the motion to approve consent permanent injunction.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

The Clerk is directed to send a copy of this order to the defendant at the address on the docket by regular, first class mail and by certified mail. The Clerk is also directed to send a copy of this order to Anna Maria Cortes at 805 Stone Mill Circle, Murfreesboro, TN 37130, by regular, first class mail (only).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge